UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| SOCHA JR., JOHN FRANK | § | Case No. 10-28341 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/12/2011 in Courtroom 744,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/27/2011                    By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) (Page: 1)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-28341-ERW
John Frank Socha                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: froman                  Page 1 of 2                  Date Rcvd: Jun 01, 2011
                                Form ID: pdf006               Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2011.
```
db          +John Frank Socha, Jr.,    5133 South Lotus,    Chicago, IL 60638-1629
aty         +Christina M Riepel,    Gregory K. Stern, P.C.,    53 West Jackson Blvd,    Suite 1442,
              Chicago, IL 60604-3536
aty         +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
              Chicago, IL 60604-3536
aty         +James Hausler,    Gregory K Stern PC,    53 W Jackson Blvd Suite 1442,    Chicago, IL 60604-3536
aty         +Megan D Hayes,    Geraci Law L.L.C.,    55 E. Monroe St. Suite #3400,    Chicago, IL 60603-5920
aty         +Monica C. O'Brien,    Gregory K. Stern, P.C.,    53 West Jackson Blvd. #1442,
              Chicago, IL 60604-3536
aty         +Salvador Gutierrez,    Geraci Law L.L.C.,    55 E. Monroe St. Suite #3400,    Chicago, IL 60603-5920
tr          +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
15975973    +Andrea D rice,    Attorney at Law,    79 W Monroe St, Suite 1314,    Chicago, IL 60603-4933
15759430    +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
16703852     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15759433    +Clerk, First Mun Div,    Doc #2009-M1-151433,    50 W. Washington St., Rm. 1001,
              Chicago, IL 60602-1316
16303417    +Corri D. Fetman,    Attn: Bankruptcy Dept,    33 West Jackson Blvd,    Chicago, IL 60604-4092
15975992    +Cynthia McIntosh,    736 East 148th Steet,    Dolton, IL 60419-2137
15759425    +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
15759426    +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
15759424    +Monitronics International,    C/O Collection Company OF,    700 Longwater Dr,
              Norwell, MA 02061-1624
15759429    +THD/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
15759427    +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
15759423   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
              MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:   Wells Fargo HM Mortgag,    Attn: Bankruptcy Dept.,
              8480 Stagecoach Cir,    Frederick, MD 21701)
15759434    +Weltman, Weinberg & Reis Co.,    2009-M1-151433,    180 N. LaSalle St., Ste. 2400,
              Chicago, IL 60601-2704
15759435    +Western Funding Inc,    Attn: Bankruptcy Dept.,    3915 E Patrick Lane,    Las Vegas, NV 89120-3965
15759428    +Wfnnb/Valucityroomstod,    Attn: Bankruptcy Dept.,    Po Box 182303,    Columbus, OH 43218-2303
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16667766      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 02 2011 01:41:29
              American Infosource Lp As Agent for Wfnnb,    As Assignee of,    Value City Furniture,
              PO Box 248872,    Oklahoma City, OK  73124-8872
16666355      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 02 2011 01:42:30      Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
15759432     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 02 2011 01:42:30      Discover FIN SVCS LLC,
              Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
                                                                                              TOTAL: 3
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15759431*    +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
 District/off: 0752-1          User: froman               Page 2 of 2                   Date Rcvd: Jun 01, 2011
                               Form ID: pdf006            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2011**                         **Signature:**          *Joseph Speetjens*