UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
SOCHA JR., JOHN FRANK § Case No. 10-28341
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/BARRY A. CHATZ_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 Wells Fargo HM Mortgag Attn: Bankruptcy Dept. 8480 Stagecoach Cir Frederick MD 21701 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CYNTHIA MCINTOSH | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 10 Wfnnb/Valucityroomstod Attn: Bankruptcy Dept. Po Box 182303 Columbus OH 43218 | | | | | |
| | 2 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 3 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |
| | 4 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 6 Monitronics International C/O Collection Company OF 700 Longwater Dr Norwell MA 02061 | | | | | |
| | 7 THD/CBSD Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 8 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 9 Western Funding Inc Attn: Bankruptcy Dept. 3915 E Patrick Lane Las Vegas NV 89120 | | | | | |
| | Clerk, First Mun Div Doc #2009-M1-151433 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Weltman, Weinberg & Reis Co. 2009-M1-151433 180 N. LaSalle St., Ste. 2400 Chicago IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | ANDREA D RICE | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-28341 WER | Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | SOCHA JR., JOHN FRANK | | Date Filed (f) or Converted (c): | 06/24/10 (f) |
| | | | 341(a) Meeting Date: | 08/20/10 |
| For Period Ending: | 10/07/11 | | Claims Bar Date: | 04/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5133 South Lotus Chicago, IL 60638 - (Debtors prim | 252,990.00 | 0.00 | DA | 0.00 | FA |
| 2. checking account with Archer Bank, joint with moth | 6,900.00 | 6,900.00 | DA | 6,541.80 | FA |
| 3. Household goods; TV, DVD player, TV stand, stereo, | 1,250.00 | 1,250.00 | DA | 0.00 | FA |
| 4. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 50.00 | DA | 0.00 | FA |
| 5. Necessary wearing apparel. | 50.00 | 50.00 | DA | 0.00 | FA |
| 6. Watch | 50.00 | 50.00 | DA | 0.00 | FA |
| 7. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. Pension w/ Employer/Former Employer - 100% Exempt. | 26,000.00 | 26,000.00 | DA | 0.00 | FA |
| 9. 1997 Chevrolet Blazer with 155,000 miles in fair c | 750.00 | 750.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.53 | Unknown |
| TOTALS (Excluding Unknown Values) | $288,040.00 | $35,050.00 | | $6,542.33 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE'S INVESTIGATION OF ASSETS CONTINUES.

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/11

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 16.02b

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-28341 -WER | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | SOCHA JR., JOHN FRANK | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******7086  BofA - Money Market Account |
| Taxpayer ID No: | *******9961 |  |  |
| For Period Ending: | 10/07/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 12/15/10 | 2 | Archer Bank<br>4970 South Archer Avenue<br>Chicago, IL 60632 | BANK ACCOUNT | 1129-000 | 6,541.80 |  | 6,541.80 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 |  | 6,541.86 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 |  | 6,542.03 |
| 02/04/11 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 |  | 5.64 | 6,536.39 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 |  | 6,536.44 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 |  | 6,536.50 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 |  | 6,536.55 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 |  | 6,536.61 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 |  | 6,536.66 |
| 07/15/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 |  | 6,536.69 |
| 07/15/11 |  | Transfer to Acct #*******7219 | Final Posting Transfer | 9999-000 |  | 6,536.69 | 0.00 |

|  |  |  |  |
|---|---|---|---|
|  | COLUMN TOTALS | 6,542.33 | 6,542.33 | 0.00 |
|  | Less:  Bank Transfers/CD's | 0.00 | 6,536.69 |
|  | Subtotal | 6,542.33 | 5.64 |
|  | Less:  Payments to Debtors |  | 0.00 |
|  | Net | 6,542.33 | 5.64 |

Page Subtotals    6,542.33    6,542.33

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2 Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-28341 -WER | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | SOCHA JR., JOHN FRANK | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7219 BofA - Checking Account |
| Taxpayer ID No: | *******9961 | | |
| For Period Ending: | 10/07/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/11 | | Transfer from Acct #*******7086 | Transfer In From MMA Account | 9999-000 | 6,536.69 | | 6,536.69 |
| 07/15/11 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,404.23 | 5,132.46 |
| 07/15/11 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Expenses | 2200-000 | | 46.16 | 5,086.30 |
| 07/15/11 | 003003 | GREGORY K. STERN, P.C. | Claim 000007, Payment 100.00000% | 3210-000 | | 600.00 | 4,486.30 |
| 07/15/11 | 003004 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000003, Payment 15.71924% | 7100-000 | | 1,852.22 | 2,634.08 |
| 07/15/11 | 003005 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>WFNNB<br>AS ASSIGNEE OF<br>VALUE CITY FURNITURE<br>PO BOX 248872<br>OKLAHOMA CITY, OK 73124-8872 | Claim 000004, Payment 15.71905% | 7100-000 | | 213.68 | 2,420.40 |
| 07/15/11 | 003006 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000005, Payment 15.71915% | 7100-000 | | 958.84 | 1,461.56 |
| 07/15/11 | 003007 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000006, Payment 15.71920% | 7100-000 | | 1,461.56 | 0.00 |
| | | | Page Subtotals | | 6,536.69 | 6,536.69 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-28341 -WER | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | SOCHA JR., JOHN FRANK | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7219 BofA - Checking Account |
| Taxpayer ID No: | *******9961 | | | |
| For Period Ending: | 10/07/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,536.69 | 6,536.69 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 6,536.69 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,536.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,536.69 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********7086 | 6,542.33 | 5.64 | 0.00 |
| BofA - Checking Account - ********7219 | 0.00 | 6,536.69 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,542.33 | 6,542.33 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.02b

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*